UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARIE MARCEL REED, (PRO SE)

VERSUS

MIKE EDWARDS, OFFICER OF
THE BATON ROUGE POLICE
DEPARTMENT, ET AL.

CIVIL ACTION

NO. 12-558-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 3, 2012 (doc. no. 3). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) as frivolous and malicious, and without leave to amend because there is no conceivable, non-frivolous, non-malicious federal claim she could assert consistent with the facts alleged in her complaint, as amended.

Baton Rouge, Louisiana, this 27th day of November, 2012.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA